**EXHIBIT**

**A**

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

|  |  |
|---|---|
| Request Date: | 04-29-2026 |
| Response Date: | 04-29-2026 |
| Tracking Number: | 110320743660 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2024 |
| Taxpayer Identification Number: | XXX-XX-0872 |

SHAN E VAI
6079 W

POWER OF ATTORNEY/TAX INFORMATION
AUTHORIZATION (POA/TIA) ON FILE

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $86,337.36 | | |
| Accrued interest: | $5,766.23 | As of: | 05-11-2026 |
| Accrued penalty: | $5,505.95 | As of: | 05-11-2026 |
| Account balance plus accruals (this is not a payoff amount): | $97,609.54 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $726,398.00 |
| Taxable income: | $711,798.00 |
| Tax per return: | $221,553.00 |
| SE taxable income taxpayer: | $0.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $0.00 |
| Return due date or return received date (whichever is later): | 04-15-2025 |
| Processing date: | 06-02-2025 |

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 70221-471-34513-5 | 20251105 | 06-02-2025 | $221,553.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2025 | -$136,846.00 |
| 276 | Penalty for late payment of tax | 20252005 | 06-02-2025 | $847.07 |
| 196 | Interest charged for late payment | 20252005 | 06-02-2025 | $783.29 |
| 971 | Notice issued CP 0014 | | 06-02-2025 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 07-24-2025 | $0.00 |
| 977 | Amended return filed 33277-613-07154-5 | | 07-24-2025 | $0.00 |
| 810 | Refund freeze | | 08-26-2025 | $0.00 |
| 960 | Appointed representative | | 01-26-2026 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | | 02-16-2026 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 03-30-2026 | $0.00 |
| 290 | Additional tax assessed 00-00-0000 | 20261405 | 04-27-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data